**06 CV 13459**

JUDGE MARRERO

OFFICE COPY

BLANK ROME, LLP
Attorneys for Plaintiff
TONGLI SHIPPING CO. LTD.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TONGLI SHIPPING CO. LTD., | 06 Civ. |
| Plaintiff, | |
| -against- | **RULE 7.1 STATEMENT** |
| SEOUL MARINE SERVICE CO. LTD. and SMS INVESTMENT CO. S.A., | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff TONGLI SHIPPING CO. LTD. certifies that, according to information provided to counsel by its clients, TONGLI SHIPPING CO. LTD. is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:   New York, New York
         November 22, 2006

BLANK ROME, LLP
Attorneys for Plaintiff
TONGLI SHIPPING CO. LTD.

By: _____
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

311817.1
900200.00001/6500250v.1

1