```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
TONGLI SHIPPING CO. LTD.,            :
                                     :   06 Civ. 13459(VM)
                Plaintiff,           :
                                     :
    - against -                      :       ORDER
                                     :
SEOUL MARINE SERVICE CO., LTD., et al,:
                                     :
                Defendants.          :
-------------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

By Order dated November 27, 2006, the Court granted the application of plaintiff Tongli Shipping Co. Ltd. authorizing a Marine Attachment and Garnishment as to defendant herein. A review of the Docket Sheet for the action indicates no further entry in the public file, correspondence with the Court or any other proceedings since the entry of the attachment and garnishment order on November 27, 2006. Accordingly, it is hereby

**ORDERED** that plaintiff inform the Court by March 7, 2007 as to the status of this matter, whether any further proceedings have occurred or are contemplated, and whether any reason exists for maintaining the action listed on the Court's docket of active cases; and it is further

**ORDERED** that in the event no timely response to this Order is received, the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:   New York, New York
         2 March 2007

                                              VICTOR MARRERO
                                                U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-2-07