

**BLANK ROME** LLP
COUNSELORS AT LAW

Phone:  (212) 885-5284
Fax:    (917) 332-3834
Email:  JGreenbaum@BlankRome.com

March 7, 2007

**BY HAND**
Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-8-07
```

Re:  Tongli Shipping Co. Ltd. v. Seoul Marine Service Co. Ltd.
     06 Civ 13459 (VM)
     Our Ref. No. 126511-00601

Dear Judge Marrero;

We represent the plaintiff in this maritime attachment matter and write to report on the status, pursuant to your Order dated March 2, 2007.

We have so far restrained two fund transfers that add up to $21,982, or something less than half the amount of the claim. We sent Federal Express notification to the defendant, but it was returned addressee unknown.

In view of the questionable financial status of the defendant, our client held off commencing arbitration until it could be determined whether the attachment process would make the cost of arbitration worthwhile. The Hong Kong solicitors who referred the file to us are now asking the client for instructions whether to proceed with the arbitration.

In the meantime, we continue to serve Process of Maritime Attachment on a daily basis. Therefore, the action should be maintained. It can be placed on the court's suspense docket if at the same time we would be permitted to continue serving the Process of Maritime Attachment.

Thank you for your attention.

Respectfully submitted,

Jack A. Greenbaum

> Request GRANTED. The Clerk of Court is directed to place this case on the Court's suspense docket. Plaintiff is directed to submit an updated status report.
> **SO ORDERED:** 30 days from the date of this order and every 30 days thereafter until disposition.
> 3-7-07
> DATE    VICTOR MARRERO, U.S.D.J.

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

126511.00601/6525724v.1

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong