

**BLANK ROME** LLP
COUNSELORS AT LAW

*Phone:* *(212) 885-5284*
*Fax:* *(917) 332-3834*
*Email:* *JGreenbaum@BlankRome.com*

April 5, 2007

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-9-07
```

Re:   Tongli Shipping Co. Ltd. v. Seoul Marine Service Co. Ltd.
      06 Civ 13459 (VM)
      Our Ref. No. 126511-00601

Dear Judge Marrero;

We write to provide our first quarterly status report as Your Honor previously directed.

This is a maritime attachment action, of which the merits are subject to arbitration abroad.

We attached approximately $21,000, but our notification letter to the defendants was returned undelivered by Federal Express. Similarly, plaintiff's solicitors' arbitration demand was returned undelivered by DHL.

It appears the defendants are no longer in business.

We have sent the Summons and Complaint to a Korean translator in order to comply with the requirements of the Hague Convention for service of judicial papers through the "central authority" designated by Korea. We anticipate that we will apply for a default judgment against the attached funds if, as expected, the defendants cannot be found. It will probably take several months before we have a definitive statement from the Korean authority that service cannot be made.

Thank you for your attention.

Respectfully submitted,

Jack A. Greenbaum



The Court acknowledges receipt of the status report herein in compliance with the Court's previous Order. The Clerk of Court is directed to place this case on the Court's Suspense Docket pending resolution of the service of papers in Korea as set forth above.

SO ORDERED.

DATE 4-9-07  VICTOR MARRERO, U.S.D.J.

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

126511.00601/6533563v.1

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong