

**BLANK ROME** LLP
COUNSELORS AT LAW

OCT - 9 2007

*Phone:* (212) 885-5284
*Fax:* (917) 332-3834
*Email:* JGreenbaum@BlankRome.com

October 5, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-10-07
```

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007

    Re:    Tongli Shipping Co. Ltd. v. Seoul Marine Service Co. Ltd.
           06 Civ 13459 (VM)
           <u>Our Ref. No. 126511-00601</u>

Dear Judge Marrero;

We write pursuant to your direction to provide a status report in this maritime attachment action by October 8, 2007.

We have attempted to serve the Complaint on the defendants in Korea through the Korean "Central Authority." We recently received the Central Authority's statement that the defendants were no longer at their last address. This is consistent with the fact that they did not respond to our client's arbitration demand. Our client believes the defendants have gone out of business.

As we have in fact restrained funds belonging to the defendants, we will prepare an application for a default judgment within the next several days.

Thank you for your attention.

Respectfully submitted,

Jack A. Greenbaum

> The Court acknowledges receipt of plaintiff's response to the Court's request for a status report. Plaintiff may proceed to file for entry of judgment by default, upon notice to defendant at the last known address.
> SO ORDERED:
> 10-10-07
> DATE    VICTOR MARRERO, U.S.D.J.

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com
126511.00601/6580305v.1

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong