UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONGLI SHIPPING CO. LTD.,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>SEOUL MARINE SERVICE CO. LTD. and SMS INVESTMENT CO. S.A.,<br><br>　　　　　　Defendants. | 06 Civ.13459 (VM)<br><br>**NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST SEOUL MARINE SERVICE CO. LTD. and SMS INVESTMENT CO. S.A.** |

**PLEASE TAKE NOTICE** that upon the affidavit of Jack A. Greenbaum, sworn to on October 17, 2007, and all prior pleadings and papers on file in this action, and pursuant to F.R.Civ.P. Rule 55, plaintiff Tongli Shipping Co. Ltd., will move before the Honorable Victor Marrero on the 16th day of November, 2007 for a default judgment against Seoul Marine Service Co. Ltd. and SMS Investment Co. S.A.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 6.1 of the Civil Rules of this Court, all opposing affidavits and answering memoranda shall be served on or before November 5, 2007.

Dated: New York, New York
　　　　October 17, 2007

　　　　　　　　　　　　　　　　　　　　BLANK ROME, LLP
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　Tongli Shipping Co. Ltd
　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Jack A. Greenbaum (JG 0039)
　　　　　　　　　　　　　　　　　　　　The Chrysler Building
　　　　　　　　　　　　　　　　　　　　405 Lexington Ave.
　　　　　　　　　　　　　　　　　　　　New York, NY 10174-0208
　　　　　　　　　　　　　　　　　　　　(212) 885-5000

TO:    Seoul Marine Service Co. Ltd. and SMS Investment Co. S.A.
       Rm 1501 Jeil Bldg., 256-13
       Gonduk-Dong
       Mapo-Gu
       Seoul, Korea 121-758

126511.00601/6582442v.1