## AFFIDAVIT OF SERVICE BY FEDEX

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK  )

JACK A. GREENBAUM, being duly sworn deposes and says that he is over the age of eighteen (18) years and is not a party to this action; that on the 17th day of October 2007, he served the NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST SEOUL MARINE SERVICE CO. LTD. and SMS INVESTMENT CO. S.A., and memorandum of law in support as directed by the Endorsed Order dated October 10, 2007 herein, upon:

> Seoul Marine Service Co. Ltd. and SMS
> Investment Co. S.A.
> Rm 1501 Jeil Bldg., 256-13
> Gonduk-Dong
> Mapo-Gu
> Seoul, Korea 121-758

by overnight international courier FedEx directed to the above at their addresses listed above, that being the last know known address of Defendants.

_____
Jack A. Greenbaum

Sworn to before me this
17th day of October, 2007

_____
Notary Public

ELAINE BONOWITZ
Notary Public, State of New York
No. 43-4893320
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires May 11, 20 __//

126511.00601/6582442v.1