BLANK ROME, LLP
Attorneys for Plaintiff
TONGLI SHIPPING CO. LTD.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

TONGLI SHIPPING CO. LTD.,

        Plaintiff,

    -against-

SEOUL MARINE SERVICE CO. LTD.
and SMS INVESTMENT CO. S.A.,

        Defendants.

06 Civ. 13459 (VM)

**STATEMENT OF DAMAGES**

---------------------------------------------------------

| | |
|---|---:|
| Principal amount sued for with respect to the cause of action against defendants Seoul Marine Service Co. Ltd. and SMS Investment Co. S.A. | $ 28,000 |
| Interest at 9% from October 31, 2006 Through October 17, 2007 | $ 2,428.92 |
| Costs and Disbursements | |
| Filing Fee | $ 350.00 |
| Fee for Service of Process | $ 30.00 |
| Total (As of October 17, 2007) | $ 30,808.92 |