U.S. Department of Justice
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jack A. Greenbaum, Esq.<br>c/o Blank Rome, LLP<br>405 Lexington Avenue<br>New York, NY 10174 | Ministry of Court Administration<br>Attn: Director of International Affairs<br>967 Seocho-dong, Seocho-gu<br>Seoul 137-750<br>REPUBLIC OF KOREA |

The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
*(identité et adresse)*

Seoul Marine Service Co. Ltd., Rm 1501, Jeil Bldg., 256-13, Gonduk-Dong,
Mapo-Gu, Seoul, Korea 121-758

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5 alinéa premier, lettre a).*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents                          Done at New York, NY, USA , the 30th day of April, 2007
*Enumération des pièces*                    *Fait à _____ , le _____*

Summons in a Civil Action
Verified Complaint                          Signature and/or stamp
                                            *Signature et/ou cachet*
                                            Jack A. Greenbaum, Esq.

*Delete if inappropriate                                                     Form USM-94
*Rayer les mentions inutiles.*                                                Est. 11/77
                                            (Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1) que la demande a été exécutée*
— the (date) -- *le (date)* _____
-- at (place, street, number) - *à (localité, rue, numéro)*

_____

-- in one of the following methods authorized by article 5:
-- *dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
*a) selon les formes légales (article 5. alinéa premier, lettre a)*

☐ (b) in accordance with the following particular method:
*b) selon la forme particulière suivante:* _____

☐ (c) by delivery to the addressee, who accepted it voluntarily.*
*c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(Identité et qualité de la personne)*

_____

- relationship to the addressee family, business or other
- *liens de parenté de subordination ou autres avec le destinataire de l'acte:*

_____

2) that the document has not been served, by reason of the following facts*:
*2) que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**ANNEXES**
*Annexes*

Documents returned:
*Pieces renvoyées*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

Done at _____ , the _____
*Fait à                             , le*

Signature and/or stamp
*Signature et/ou cachet*

# SUMMARY OF THE DOCUMENT TO BE SERVED
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

Jack A. Greenbaum, Esq., c/o Blank Rome, LLP, 405 Lexington Avenue, NY, NY 10174 USA, Authority to make request based on NYS law atty is officer of court

**Particulars of the parties:**
*Identité des parties:*

Plaintiff Tongli Shipping Co., Ltd. has its offices in Yantai, China

## JUDICIAL DOCUMENT
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

Cause of action by Tongli Shipping Co. Ltd to recover over-paid hire and/or other charges under charter party dd July 21, 2006 of $28,000 plus interest and costs

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

Suit at law for $28,000

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

U.S. District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007 within 20 days of receipt

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:*

**Date of judgment**:**
*Date de la décision:*

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*

Appearance is required within 20 days of receipt of the documents

## EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document:****
*Indication des délais figurant dans l'acte:*



**package id**
0040335

**ship date**
Wed, May 09

**to**
Director of International Affairs
Ministry of Court Administration
967, Seocho-dong, Seocho-gu
ATTN: DIR. OF
  INTERNATIONAL AFFAIRS
SEOUL137750,   KR
(212) 885-5244

**residential address**
No

**return label**
No

**notification type**
Delivery

**notification recipients**
kreda@blankrome.com

**from**
 KARL REDA  (5044)
Blank Rome LLP
The Chrysler Building
405 Lexington Ave
New York , NY  10174  US

**billing**
TONGLI SHIPPING CO.
  LTD..M/V GLOBAL TIANJIN -
  ACTION AGAINST SEOUL
(126511.00601)
Hague Convention Service
  Request on Seoul Marine
  Service Co. Ltd.

**operator**
Karl Reda
212 885 5000
kreda@blankrome.com

**create time**
05/09/07, 12:17PM

**vendor**
FedEx

**tracking number**
790243743420

**service**
FedEx International Priority

**packaging**
FedEx Pak

**dimensions**
1.0 LBS

**signature**
Direct signature - at address

**options**
None

**contents**
Documents
Legal Documents

**courtesy quote**
33.86
The courtesy quote does not reflect fuel surcharge and does not necessarily reflect all accessorial charges.

### Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

©2003-2005 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
Other product and company names listed are trademarks or trade names of their respective companies.

# Commercial Invoice

| date of export | export reference |
|---|---|
| 05/09/07 | |

| shipper/exporter | consignee |
|---|---|
| KARL REDA (5044)<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Ave<br>New York, NY 10174 US | Director of International Affairs<br>Ministry of Court Administration<br>967, Seocho-dong, Seocho-gu<br>ATTN: DIR. OF INTERNATIONAL AFFAIRS<br>SEOUL137750, KR<br>(212) 885-5244 |

| country of export | buyer other than consignee |
|---|---|
| US | |
| **country of ultimate destination** | |
| | |
| **exporting carrier** | |
| FedEx | |

| waybill | currency of sale |
|---|---|
| 790243743420 | USD |

| marks and numbers | number of packages | total gross weight | cubic volume |
|---|---|---|---|
| | 1 | 1.0 | |

| description (country of manufacture) | quantity | unit price | total amount |
|---|---|---|---|
| Documents -- Legal Documents | | | 0 USD |

| | | |
|---|---|---|
| I declare that all the information contained in this invoice is true and correct.<br><br>Signed _____<br><br>Date _____ | Items total | | 0.00 |
| | Packing costs | | |
| | Freight costs | | 33.86 |
| | Transportation costs | | |
| | Handling | | |
| | Insurance costs | | |
| | Assists | | |
| | Additionalfees | | |
| | Duties and taxes | | |
| | Total invoice total | | |

**OFFICE COPY**

U.S. Department of Justice
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE
AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jack A. Greenbaum, Esq.<br>c/o Blank Rome, LLP<br>405 Lexington Avenue<br>New York, NY 10174 | Ministry of Court Administration<br>Attn: Director of International Affairs<br>967 Seocho-dong, Seocho-gu<br>Seoul 137-750<br>REPUBLIC OF KOREA |

**The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,**
**(identity and address)**
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
*(identité et adresse)*

SMS Investment Co. S.A., c/o SEOUL MARINE, Rm 1501 Jeil Bldg., 256-13,
Gonduk-Dong, Mapo-Gu, Seoul, Korea 121-758

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5 alinéa premier, lettre a).*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.**
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

| List of documents<br>*Enumération des pièces* | Done at New York, NY, USA , the 30th day of April, 2007<br>*Fait à                                            , le* |
|---|---|
| Summons in a Civil Action<br>Verified Complaint | Signature and/or stamp<br>*Signature et/ou cachet*<br>Jack A. Greenbaum, Esq. |

*Delete if inappropriate                                                                                                         Form USM-94
*Rayer les mentions inutiles.*                                                                                                    Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1) que la demande a été exécutée*
    – the (date) -- *le (date)* _____
    -- at (place, street, number) - *à (localité, rue, numéro)*

    -- in one of the following methods authorized by article 5:
    -- *dans une des formes suivantes prévues à l'article 5:*

        ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           *a) selon les formes légales (article 5, alinéa premier, lettre a)*

        ☐ (b) in accordance with the following particular method:
           *b) selon la forme particulière suivante:*

        ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
           *c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

    - (identity and description of person)
    - *(Identité et qualité de la personne)*

    - relationship to the addressee family, business or other
    - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:
*2) que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**ANNEXES**
*Annexes*

Documents returned:
*Pieces renvoyées*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at _____ , the _____
*Fait à* _____ , *le* _____

Signature and/or stamp
*Signature et/ou cachet*

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

Jack A. Greenbaum, Esq., c/o Blank Rome, LLP, 405 Lexington Avenue, NY, NY 10174 USA. Authority to make request based on NYS law atty is officer of court

**Particulars of the parties:**
*Identité des parties:*

Plaintiff Tongli Shipping Co., Ltd. has its offices in Yantai, China

## JUDICIAL DOCUMENT
### ACTE JUDICIA IRE

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

Cause of action by Tongli Shipping Co. Ltd to recover over-paid hire and/or other charges under charter party dd July 21, 2006 of $28,000 plus interest and costs

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

Suit at law for $28,000

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

U.S. District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007 within 20 days of receipt

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:*


**Date of judgment**:**
*Date de la décision:*


**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*

Appearance is required within 20 days of receipt of the documents

## EXTRAJUDICIAL DOCUMENT
### ACTE EXTRAJUDICIAIRE

**Nature and purpose of the document:**
*Nature et objet de l'acte:*


**Time limits stated in the document:**
*Indication des délais figurant dans l'acte:*



| | | |
|---|---|---|
| *package id* <br> 0040336 | *from* <br> KARL REDA (5044) <br> Blank Rome LLP <br> The Chrysler Building <br> 405 Lexington Ave <br> New York, NY 10174 US | *vendor* <br> FedEx |
| *ship date* <br> Wed, May 09 | | *tracking number* <br> 790735244484 |
| *to* <br> Director of International Affairs <br> Ministry of Court Administration <br> 967, Seocho-dong, Seocho-gu <br> ATTN: DIR. OF <br>    INTERNATIONAL AFFAIRS <br> SEOUL137750, KR <br> (212) 885-5244 | | *service* <br> FedEx International Priority |
| | *billing* <br> TONGLI SHIPPING CO. <br>    LTD..M/V GLOBAL TIANJIN - <br>    ACTION AGAINST SEOUL <br> (126511.00601) <br> Hague Convention Service <br>    Request on SMS Investment <br>    Co. SA., c/o Seoul Marine <br>    Service Co. Ltd. | *packaging* <br> FedEx Pak |
| | | *dimensions* <br> 1.0 LBS |
| | | *signature* <br> Direct signature - at address |
| *residential address* <br> No | | *options* <br> None |
| *return label* <br> No | *operator* <br> Karl Reda <br> 212 885 5000 <br> kreda@blankrome.com | *contents* <br> Documents <br> Legal Documents |
| *notification type* <br> Delivery | | |
| *notification recipients* <br> kreda@blankrome.com | *create time* <br> 05/09/07, 12:22PM | *courtesy quote* <br> 33.86 <br> The courtesy quote does not reflect fuel surcharge and does not necessarily reflect all accessorial charges. |

*Legal Terms and Conditions*

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

©2003-2005 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC. Other product and company names listed are trademarks or trade names of their respective companies.

# Commercial Invoice

| date of export<br>05/09/07 | export reference |
|---|---|
| shipper/exporter<br>KARL REDA (5044)<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Ave<br>New York, NY 10174 US | consignee<br>Director of International Affairs<br>Ministry of Court Administration<br>967, Seocho-dong, Seocho-gu<br>ATTN: DIR. OF INTERNATIONAL AFFAIRS<br>SEOUL137750, KR<br>(212) 885-5244 |
| country of export<br>US | buyer other than consignee |
| country of ultimate destination | |
| exporting carrier<br>FedEx | |
| waybill<br>790735244484 | currency of sale<br>USD |

| marks and numbers | number of packages<br>1 | total gross weight<br>1.0 | cubic volume |
|---|---|---|---|

| description (country of manufacture) | quantity | unit price | total amount |
|---|---|---|---|
| Documents -- Legal Documents | | | 0 USD |

|   |   |   |
|---|---|---|
| I declare that all the information contained in this invoice is true and correct.<br><br>Signed _____<br><br>Date _____ | Items total | 0.00 |
| | Packing costs | |
| | Freight costs | 33.86 |
| | Transportation costs | |
| | Handling | |
| | Insurance costs | |
| | Assists | |
| | Additionalfees | |
| | Duties and taxes | |
| | Total invoice total | |